**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:26-8720 (JCG) (TJB)<br><br>**AMENDED CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION OF DAVID I. BERL, DAVID M. KRINSKY, ELISE M. BAUMGARTEN, KEVIN HOAGLAND-HANSON, PATRICK C. HYNDS, FALICIA C. ELENBERG, AND KERRY F. RONCALLO** |

This matter having been brought before the Court upon the motion of Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs"), through their counsel, FBT Gibbons LLP, for the *pro hac vice* admission of David I. Berl, David M. Krinsky, Elise M. Baumgarten, Kevin Hoagland-Hanson, Patrick C. Hynds, Falicia C. Elenberg, and Kerry F. Roncallo of Williams & Connolly LLP, pursuant to Local Civil Rule 101.1(c); and the Court having considered the moving papers; and the Court having noted that this motion is unopposed; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this 9th day of November 2026 hereby

**ORDERED** that Plaintiffs' Motion be and hereby is granted; and it is further

**ORDERED** that David I. Berl, David M. Krinsky, Elise M. Baumgarten, Kevin Hoagland-Hanson, Patrick C. Hynds, Falicia C. Elenberg, and Kerry F. Roncallo are members of good

standing in the jurisdictions set forth in their certifications, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Charles H. Chevalier of FBT Gibbons LLP, attorney of record for Plaintiffs, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that David I. Berl, David M. Krinsky, Elise M. Baumgarten, Kevin Hoagland-Hanson, Patrick C. Hynds, Falicia C. Elenberg, and Kerry F. Roncallo shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, with a copy of the Order forwarded to the Treasurer of the Fund; and it is further

**ORDERED** that David I. Berl, David M. Krinsky, Elise M. Baumgarten, Kevin Hoagland-Hanson, Patrick C. Hynds, Falicia C. Elenberg, and Kerry F. Roncallo shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that David I. Berl, David M. Krinsky, Elise M. Baumgarten, Kevin Hoagland-Hanson, Patrick C. Hynds, Falicia C. Elenberg, and Kerry F. Roncallo shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that David I. Berl, David M. Krinsky, Elise M. Baumgarten, Kevin Hoagland-Hanson, Patrick C. Hynds, Falicia C. Elenberg, and Kerry F. Roncallo shall notify this Court immediately of any disciplinary charges brought against them in the Bar of any other court.

**SO ORDERED.**

s/Tonianne J. Bongiovanni
HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE